■ NICHOLAS J. MASTERPOL, Respondent-Appellant, v WORCESTER MUTUAL FIRE INSURANCE COMPANY, Appellant-Respondent. — Cross appeals from an order of the Supreme Court at Special Term (Yesawich, Jr., J.), entered August

25, 1981 in Cortland County, which denied the parties' motions for summary judgment. Order affirmed, without costs, for the reasons stated in the opinion of Mr. Justice Paul J. Yesawich, Jr., at Special Term. Sweeney, J. P., Kane, Casey, Weiss and Levine, JJ., concur.